UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                                  Plaintiff,

    -v.-

SKINZWEAR.COM, INC.,

                                Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:22-cv-3504

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 17, 2022

| **For Plaintiff Warren Zinnamon** | **For Defendant Skinzwear.com, Inc.** |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | David Stein<br>Stein & Nieporent LLP<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>Ph: (212) 308-3444<br>dstein@steinllp.com |

SO ORDERED.

_____
Hon. Ronnie Abrams
08/18/2022

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on August 17, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ Mark Rozenberg*

                                             Mark Rozenberg

                                             **Stein Saks, PLLC**

                                             One University Plaza

                                             Hackensack, NJ 07601

                                             *Attorneys for Plaintiff*